UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 20-150-DLB

ALFRED DOMENICK WRIGHT                                                          PETITIONER

v.                                   **JUDGMENT**

WARDEN USP HAZELTON                                                             RESPONDENT

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Petitioner Alfred Domenick Wright's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. # 17) is **DENIED WITHOUT PREJUDICE**;

(2) This action is **STRICKEN** from the Court's docket; and

(3) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 12th day of January, 2021.



Signed By:
*David L. Bunning*
United States District Judge

J:\DATA\ORDERS\PSO Orders\7-20-150 Judgment.docx